**DOLL AMIR & ELEY LLP**
GREGORY L. DOLL (SBN 193205)
gdoll@dollamir.com
JAMIE O. KENDALL (SBN 260231)
jkendall@dollamir.com
L. KATIE MACHADO (SBN 268491)
kmachado@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101

Attorneys for Defendant,
AMAZON.COM SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY MILLER GREENE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, INC. a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA UNDER 28 U.S.C. §§ 1332, 1441, 1446, 1453 (DIVERSITY AND CAFA REMOVAL)**<br><br>[Los Angeles County Superior Court Case No. BC713771]<br><br>Complaint Filed:    07/19/2018 |

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Amazon.com Services, Inc. ("Amazon"), hereby removes the above-entitled state court action from the Superior Court of California for the County of Los Angeles, where it is now pending, to the United States District Court for the Central District of California.  This removal is made pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453.

**A.   STATEMENT OF THE CASE**

1. On July 19, 2018, Plaintiff Ashley Miller Greene ("Lead Plaintiff") commenced an action in the Superior Court of California for the County of Los Angeles styled *Greene v. Amazon.com Services, Inc, et al.*, Case No. BC713771 ("State Court Action").  A copy of the complaint in the State Court Action is attached as **Exhibit A** hereto ("Complaint").

2. The Complaint alleges that Amazon recorded telephone conversations with Lead Plaintiff without her knowledge or consent in violation of California Penal Code section 632.7.  Amazon denies the allegations of the Complaint.

3. Lead Plaintiff purports to bring the action on behalf of herself and a putative class of "[a]ll persons in California who requested phone calls be placed to their telephones in lieu of waiting on hold for Defendant's representatives, whose inbound cellular telephone conversations were recorded without their consent by Defendant within one year prior to the filing of the original Complaint in this action." *See* Complaint at ¶ 54.

/ / /

/ / /

/ / /

**B.     BASIS FOR REMOVAL**

4.     This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 and the Class Action Fairness Act of 2005 (CAFA), Pub. L. 109-2, 199 Stat. 4 (2005).[1]

5.     Under CAFA, a district court has original jurisdiction over any class action in which: (1) the amount in controversy exceeds $5,000,000; (2) there is minimal diversity, i.e., any member of a class of plaintiffs is a citizen of a state different from any defendant; and (3) the number of members of all proposed plaintiff classes in the aggregate is greater than 100.  28 U.S.C. § 1332(d)(2), (d)(5).

6.     The Complaint alleges, on information and belief, that the number of putative class members is "in the tens of thousands." Complaint at ¶ 56.  The Complaint further alleges that class members are "entitled to the greater of statutory damages of $5,000 per violation or three times actual damages per violation pursuant to Penal Code § 637.2(a)." *Id*. at ¶ 60.  Assuming, *arguendo*, that the putative class is comprised of 10,000 persons (which is the minimum number of class members estimated by Plaintiff in the Complaint) and there was a single violation per class member, the alleged statutory damages alone would be $50,000,000.  Accordingly, the amount in controversy exceeds the $5,000,000 required under CAFA.

7.     The CAFA minimal diversity requirement also is met.  The named Plaintiff, Ashley Miller Greene, is, and at all relevant times was, a citizen of the State of California.  Complaint at ¶ 11.  As alleged in the Complaint, Amazon is a Delaware corporation with its principal place of business in Seattle, Washington.  *Id*. at ¶ 12.

8.     Finally, as alleged by Plaintiff, the number of members of the putative class is greater than 100.  *See* Complaint at ¶ 56.

///

---

[1] The Class Action Fairness Act of 2005 is codified in 28 U.S.C. §§ 1332(d), 1453, and 1711-1715.

**C. ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED.**

9. <u>Removal to Proper Court</u>. Pursuant to 28 U.S.C. § 1446(a), Amazon is filing this Notice of Removal in the United States District Court for the Central District of California, which is the federal district encompassing the state court where the State Court Action is pending, which is the Superior Court of the State of California for the County of Los Angeles.

10. <u>Removal is Timely</u>. This action has been removed in accordance with 28 U.S.C. §1446(b), which requires the defendant to file the notice of removal "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." Amazon was personally served with the Complaint on August 3, 2018. Accordingly, Amazon was served less than 30 days prior to the filing of this Notice of Removal.

11. <u>Pleadings and Process</u>. Pursuant to 28 U.S.C. § 1446 (a), a true and correct copy of all process, pleadings, and orders served upon Amazon in the State Court Action are attached hereto as **Exhibit A**.

12. <u>No Consent to Removal Necessary</u>. A class action may be removed by any defendant under CAFA without the consent of all defendants. 28 U.S.C. § 1453(b).

13. <u>Notice</u>. Written notice of the filing of this Notice of Removal will be promptly served upon counsel for Plaintiff. Amazon also will promptly file a copy of this Notice with the Clerk of the Superior Court of California, County of Los Angeles.

**D. CONCLUSION**

14. By this Notice of Removal and the associated attachment, Amazon does not waive any objections it may have as to service, jurisdiction or venue, or any other defenses or objections it may have to this action. Amazon intends no admission of fact, law, or liability by this Notice, and it expressly reserves all defenses, motions

1 and/or pleas.  Amazon prays that the State Court Action be removed to this Court, that
2 all further proceedings in the state court be stayed, and that Amazon receive all
3 additional relief to which it is entitled.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED:  August 31, 2018 | DOLL AMIR & ELEY LLP |
|  |  |
|  | By:  __/s/ L. Katie Machado__ |
|  | L. KATIE MACHADO |
|  | Attorneys for Defendant, |
|  | Amazon.com Services, Inc. |