JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY MILLER GREENE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, INC. a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-07654-JFW-AS<br><br>*Assigned to the Hon. John F. Walter Magistrate Judge Alka Sagar*<br><br>**ORDER GRANTING JOINT STIPULATION FOR BINDING ARBITRATION AND DISMISSAL OF ACTION**<br><br>*[Joint Stipulation filed concurrently herewith]* |

ORDER

Pursuant to the parties' stipulation and good cause appearing therefor, IT IS HEREBY ORDERED:

1. The parties shall arbitrate the dispute set forth in the complaint on file herein.
2. This action shall be dismissed without prejudice.

IT IS SO ORDERED.

DATED:　　September 27, 2018

　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE